UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v. –

VICTOR ALMONTE and
MICHAEL ESPOSITO,

            Defendants.

**Unsealing Order**

S2 21 Cr. 313

---

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Rebecca T. Dell and Robert B. Sobelman;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
            December 22, 2021

                                                        _____
                                                        HON. KATHARINE H. PARKER
                                                        UNITED STATES MAGISTRATE JUDGE
                                                        SOUTHERN DISTRICT OF NEW YORK