# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | ANTHONY K. TAMA |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | JOHN A. TRIPODORO |
| DAVID L. BARASH | JASON M. HALL | | WILLIAM J. MILLER | GLENN J. WALDRIP, JR. |
| LANDIS C. BEST | STEPHEN HARPER | | EDWARD N. MOSS | HERBERT S. WASHER |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | NOAH B. NEWITZ | MICHAEL B. WEISS |
| BROCKTON B. BOSSON | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | DAVID WISHENGRAD |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | C. ANTHONY WOLFE |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | | JOHN PAPACHRISTOS | COREY WRIGHT |
| JAMES J. CLARK | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | ELIZABETH M. YAHL |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | 20 FENCHURCH STREET | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| LISA COLLIER | ELAI KATZ | LONDON EC3M 3BY | SHEILA C. RAMESH | |
| AYANO K. CREED | JAKE KEAVENY | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | OLEG REZZY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | | THORN ROSENTHAL | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | TAMMY L. ROY | |
| ADAM M. DWORKIN | JOEL KURTZBERG | (212) 701-3008 | JONATHAN A. SCHAFFZIN | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |

The Honorable J. Paul Oetken
United States Courthouse
40 Foley Square
New York, New York 10007

January 26, 2022

Re:    *United States of America* v. *Victor Almonte* et al., S2 21 Cr. 313 (JPO)

Dear Judge Oetken:

      We write on behalf of our client Victor Almonte in the above-captioned case to respectfully request a six-week adjournment of the pretrial conference scheduled for this Friday, January 28, 2022 until Friday, March 11, 2022, or another similar date that is convenient for the Court. We are in the process of receiving rolling productions of the Rule 16 materials provided by the Government, which are not yet complete. Because these materials are voluminous in nature, and because it is time-consuming for our client (who is incarcerated) to review them, we need additional time to do so.

CAHILL GORDON & REINDEL LLP

      Counsel for Mr. Esposito and the Government have consented to such an adjournment, and all parties also consent to the exclusion of time under the Speedy Trial Act until the new conference date.

Respectfully Submitted,

/s/
Nola B. Heller

> Granted. The January 28, 2022 pretrial conference is adjourned to March 16, 2022, at 11:00 am. The Court hereby excludes time through March 16, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> January 27, 2022

J. PAUL OETKEN
United States District Judge