# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | ANTHONY K. TAMA |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | JOHN A. TRIPODORO |
| DAVID L. BARASH | JASON M. HALL | ———— | WILLIAM J. MILLER | GLENN J. WALDRIP, JR. |
| LANDIS C. BEST | STEPHEN HARPER | | EDWARD N. MOSS | HERBERT S. WASHER |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | NOAH B. NEWITZ | MICHAEL B. WEISS |
| BROCKTON B. BOSSON | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | DAVID WISHENGRAD |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | C. ANTHONY WOLFE |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | | JOHN PAPACHRISTOS | COREY WRIGHT |
| JAMES J. CLARK | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | ELIZABETH M. YAHL |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | 20 FENCHURCH STREET | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| LISA COLLIER | ELAI KATZ | LONDON EC3M 3BY | SHEILA C. RAMESH | |
| AYANO K. CREED | JAKE KEAVENY | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | OLEG REZZY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | ———— | THORN ROSENTHAL | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | TAMMY L. ROY | |
| ADAM M. DWORKIN | JOEL KURTZBERG | (212)-701-3008 | JONATHAN A. SCHAFFZIN | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |

The Honorable J. Paul Oetken
United States Courthouse
40 Foley Square
New York, New York 10007        March 1, 2022


Re:     *United States of America* v. *Victor Almonte* et al., S2 21 Cr. 313 (JPO)

Dear Judge Oetken:

  We write on behalf of our client Victor Almonte in the above-captioned case to respectfully request a six-week adjournment of the pretrial conference scheduled for Wednesday March 16, 2022 until Wednesday, April 27, 2022, or another similar date that is convenient for the Court. We are still in the process of receiving rolling productions of the Rule 16 materials provided by the Government, which are not yet complete. Because these materials are voluminous in nature, and because it is time-consuming for our client (who is incarcerated) to review them, we need additional time to do so.

CAHILL GORDON & REINDEL LLP

Counsel for Mr. Esposito and the Government have consented to such an adjournment, and all parties also consent to the exclusion of time under the Speedy Trial Act until the new conference date.

Respectfully submitted,

/s/
Nola B. Heller

> Granted. The March 16, 2022 pretrial conference as to defendants Almonte and Esposito is adjourned to May 4, 2022 at 12:30 pm. The Court hereby excludes time through May 4, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>   So ordered.
>   March 7, 2022

_____
J. PAUL OETKEN
United States District Judge

2