**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

November 3, 2022

Honorable J. Paul Oetken
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Victor Almonte, et al.
21 Cr. 313 (JPO)

Your Honor:

    I write on behalf of both defendants, my client Michael Esposito, and Victor Almonte, represented by Nola Heller, Esq., to request an adjournment of the conference currently scheduled for November 9, 2022 to a date in mid-January, 2023. The request is made to afford the defense additional time to review discovery and to continue plea negotiations.

    The government, by Rebecca Dell, Esq. consents to this application. As the adjournment will be for the review of discovery and plea negotiations, the time between November 9, 2022 and the new conference date should be excluded from speedy trial calculations.

Respectfully,

*Lisa Scolari*

Lisa Scolari

> Granted in part. The November 9, 2022 pretrial conference as to defendants Almonte and Esposito is adjourned to December 21, 2022 at 11:00 am. The Court does not anticipate granting further extensions absent compelling circumstances. Time is hereby excluded through December 21, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered:
> 11/4/2022

_____
J. PAUL OETKEN
United States District Judge